**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **HARMONY LICENSING LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**SKYWORKS SOLUTIONS, INC.,**<br><br>　　　　　Defendant. | Civil Action No.<br><br><br>**TRIAL BY JURY DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Harmony Licensing LLC ("Harmony") states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: November 25, 2020

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF