**UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **HARMONY LICENSING LLC,**<br><br>        Plaintiff,<br>v.<br><br>**SKYWORKS SOLUTIONS, INC.,**<br><br>        Defendant. | C.A. No. 1:20-cv-01608 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew S. Curfman of the law firm of Sand, Sebolt & Wernow Co., LPA in Canton, Ohio 44718 to represent Harmony Licensing LLC in these matters.

Dated: November 30, 2020

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

2

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Andrew S. Curfman of the law firm Sand, Sebolt & Wernow Co., LPA is granted.

Dated: _____

                                                      United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

Dated: November 30, 2020	*/s/ Andrew S. Curfman*
	Howard L. Wernow (OH Bar No. 0090997)
	SAND, SEBOLT & WERNOW CO., LPA
	Aegis Tower – Suite 1100
	4940 Munson Street NW
	Canton, OH 44718
	Telephone: (330) 244-1174
	Facsimile: (330) 244-1173
	Email: andrew.curfman@sswip.com