# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY LICENSING LLC, | |
| Plaintiff, | C.A. No. 20-cv-1608-LPS |
| v. | JURY TRIAL DEMANDED |
| SKYWORKS SOLUTIONS, INC., | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for Defendant Skyworks Solutions, Inc. to answer, move, or otherwise respond to the Complaint is extended until March 24, 2021.

DATED: January 22, 2021

CHONG LAW FIRM PA

/s/ Jimmy Chong
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, Delaware 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff*

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorney for Defendant*

SO ORDERED this ____ day of January, 2021.

_____
The Honorable Leonard P. Stark