**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **HARMONY LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**SKYWORKS SOLUTIONS, INC.,**<br><br>    Defendant. | Civil Action No.: 1:20-cv-01608-LPS<br><br><br>**TRIAL BY JURY DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Now comes Plaintiff, Harmony Licensing LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Skyworks Solutions, Inc. in the within action WITHOUT PREJUDICE. Skyworks Solutions, Inc. has not served an answer or a motion for summary judgment.

Dated: February 10, 2021

Of counsel:

Andrew S. Curfman (*Pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF